UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHRISTOPHER SHEPHERD and BRYANT DAVIS, individually and on behalf of all other similarly situated persons, known and unknown,<br><br>Plaintiffs,<br><br>v.<br><br>FLEX-N-GATE LLC, and Illinois limited liability company; FLEX-N-GATE PLASTICS LLC, and Illinois limited liability company; and FLEX-N-GATE CHICAGO, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No. 1:24-cv-06600<br><br>Hon. Sara L. Ellis |

**NOTICE OF INTENT TO SERVE SUBPOENA**

    Plaintiffs Christopher Shepherd and Bryant Davis, pursuant to Federal Rule of Procedure 45, intend to serve a subpoena, in same the form as the attached document, on Experity Health, on April 2, 2025 or as soon thereafter as service may be effectuated.

Dated: April 1, 2025

    Respectfully submitted,
    */s/ S. Jarret Raab*
    S. Jarret Raab
    **MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC**
    227 W. Monroe Street, Suite 2100
    Chicago, Illinois 60606
    Telephone: (866) 252-0878
    jraab@milberg.com